UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

SAM WYLY AND RANGER　　　　　　　　　05-CV-4430 (TCP)
GOVERNANCE, LTD.,

　　　　　　　　　　　　　　　　　　　　　　　MEMORANDUM
　　　　　　　　　　　　Plaintiffs,　　　　　　　AND
　　　　　　　　　　　　　　　　　　　　　　　ORDER

　　- against -

COMPUTER ASSOCIATES
INTERNATIONAL, INC. and STERLING
SOFTWARE, INC.,

　　　　　　　　　　　　Defendants.
----------------------------------------------------------X

PLATT, District Judge.

　　　　　Before the Court are two motions: (i) Defendants' Motion to Strike

Plaintiffs' Untimely and Improper Expert Designation, and (ii) Plaintiff's Motion

for Leave *Nunc Pro Tunc* to Supplement Plaintiffs' Expert Designation.  On

November 30, 2005, the Court issued a Memorandum and Order partially staying

discovery in the above-captioned action and related actions until the conclusion of

the trial of <u>United States v. Sanjay Kumar and Stephen Richards</u>, (04-CR-846)

(ILG).  For the reasons stated therein, the Court is disinclined to decide at this

time the motions currently before the Court.  As such, Defendants' Motion to

Strike and Plaintiffs' Motion for Leave *Nunc Pro Tunc* are DENIED without

prejudice to renew pending the resolution of the above-referenced criminal

1

proceeding.

SO ORDERED.

                                                   s/s Thomas C. Platt
                                                Thomas C. Platt, U.S.D.J.

Dated: Central Islip, New York
          February 16, 2006