UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

SAM WYLY and RANGER GOVERNANCE, LTD.

            Plaintiffs,

  - against -

CA, INC. and STERLING SOFTWARE, INC.

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

                             ORDER

                           05-CV-4430 (TCP) (ETB)

PLATT, District Judge.

       On the basis of and for the reasons set forth in the thorough and excellent Report and Recommendation of United States Magistrate Judge E. Thomas Boyle dated September 2, 2009, the motion of the defendants CA, Inc. and Sterling Software, Inc., collectively, for Summary Judgment, pursuant to the Federal Rules of Civil Procedure, is granted and the action is dismissed in its entirety.

       SO ORDERED.

                                  _____
                                  United States District Judge

Dated: Central Islip, New York
       September 18, 2009